CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　　Plaintiff,<br>　　v.<br>ABRAHAM MORADZADEH, in individual and representative capacity as trustee of the Moradzadeh Family Trust, dated June 26, 1998; MADLEN MORADZADEH, in individual and representative capacity as trustee of the Moradzadeh Family Trust, dated June 26, 1998; TARTINES ET MACARONS, LLC, a California Limited Liability Company; and Does 1-10,<br>　　　Defendants. | **Case:** 2:19-CV-10400-DMG-AS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Abraham Moradzadeh, in individual and representative capacity as trustee of the Moradzadeh Family Trust, dated June 26, 1998; Madlen Moradzadeh, in individual and representative capacity as trustee of the Moradzadeh Family Trust, dated June 26, 1998 and Tartines Et Macarons, LLC, a California Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 25, 2020　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock

　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff